**Supreme Court**
No. 2025-360-Appeal.

| | |
|---|---|
| Lynda Lisker | : |
| v. | : |
| Steven Lisker. | : |

**O R D E R**

This case came before the Supreme Court pursuant to an order directing the parties to appear and show cause why certain paragraphs of an order entered on September 12, 2025, by a justice of the Family Court (the order), should not be vacated. At oral argument on May 13, 2026, counsel for the plaintiff agreed that paragraphs 6 and 7 of the order should be vacated. We agree. Accordingly, this Court hereby vacates paragraphs 6 and 7 of the order, and the matter shall be remanded to the Family Court for further proceedings.

Entered as an Order of this Court this __28th__ day of May, 2026.

By Order,

_____/s/ Meredith A. Benoit_____

Clerk



## STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

### ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | Lynda Lisker v. Steven Lisker. | |
| **Case Number** | No. 2025-360-Appeal.<br>(P 22-4818) | |
| **Date Order Filed** | May 28, 2026 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | Providence County Family Court | |
| **Judicial Officer from Lower Court** | Associate Justice Elizabeth Ortiz | |
| **Attorney(s) on Appeal** | For Plaintiff:<br><br>Lauren E. Jones, Esq. | |
| | For Defendant:<br><br>Thomas R. DeSimone, Esq. | |

SU-CMS-02B (revised November 2022)